[No. 2,631.—Department Two.]

## SAN FRANCISCO v. CALDERWOOD ET AL.

RECALLING REMITTITUR—LACHES.—A motion to recall a remittitur issued in 1870 refused on the ground of laches.

THE motion was made on the ground that the remittitur did not conform to the judgment of the Supreme Court.

The COURT:

Application is made to withdraw the remittitur issued in the above-entitled case. It appears that the remittitur was issued in 1870, more than ten years ago, and no excuse is shown for the laches. This is of itself good ground for denying the application.

Motion denied.